# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-2333

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Plaintiff-Appellee, | * | |
| | * | |
| v. | * | |
| | * | Appeal from the United States |
| Twenty-Four Thousand, Five Hundred | * | District Court for the Eastern |
| Thirty Dollars, ($24,530.00) U.S. | * | District of Missouri. |
| Currency; | * | |
| | * | [UNPUBLISHED] |
| Defendant, | * | |
| | * | |
| Glenn Davis, | * | |
| | * | |
| Claimant-Appellant. | * | |

_____

Submitted: April 18, 2003

Filed: May 1, 2003
_____

Before MELLOY, FAGG, and SMITH, Circuit Judges.
_____

PER CURIAM.

Glenn Davis challenges the district court's[*] denial of Davis's Federal Rule of Civil Procedure 60(b)(4) motion following an adverse grant of summary judgment in

_____

[*]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

a civil forfeiture proceeding against him. Having carefully reviewed the record, we affirm for the reasons explained by the district court. <u>See</u> 8th Cir. R. 47B

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.